IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA | |
|---|---|
| Plaintiff, | Case No. 1:CR 09-279-BLW |
| v. | **ORDER** |
| MICHAEL RODRIGUEZ | |
| Defendant. | |

The Government has moved to (1) extend the time to file a response to the defendants' motion to dismiss to February 14, 2011, and (2) continue the trial now set for January 10, 2011.

The motion raises significant issues, requiring the Government's counsel to consult with experts and take additional time to prepare a response. Thus, the request to extend the briefing schedule is reasonable and necessary. While the Government requests that its deadline for a response brief be extended to February 14, 2011, the Court finds that a deadline of January 28, 2011, would be reasonable. The defendant's reply brief shall be due February 18, 2011. A hearing on the motion to dismiss shall be held on February 24, 2011, at 4:00 p.m.

These new deadlines, and the new hearing date, require that the trial be continued. The motion must be decided before trial. *See United States v. Vo*, 413 F.3d 1010 (9th Cir. 2005).

**Order - 1**

Due to the complexity of the motion – that will require expert testimony – the Court will need some time after the hearing to fully consider the arguments and render a decision. Accordingly, given all these circumstances, the Court finds that a trial date of May 16, 2011, is reasonable.

Under *Vo*, the period of delay between the filing of the motion to dismiss and the Court's resolution within a prompt time is excludable time under 18 U.S.C. § 3161(h)(1)(D). Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED, that the Government's motion to grant an extension to file a response and to continue trial setting (docket no. 32) is GRANTED IN PART AND DENIED IN PART. It is granted to the extent of the date changes set forth below and denied in all other respects.

IT IS FURTHER ORDERED, that the present trial date of January 10, 2011, is VACATED, and that a new trial date be set for **May 16, 2011, at 1:30 p.m.** in the Federal Courthouse in Boise, Idaho.

IT IS FURTHER ORDERED, that the pretrial conference shall be held on May 5, 2011, at 4:00 p.m. by telephone with the Government to initiate the call. The Court can be reached at 208-334-9145. The defendant need not be on the line as only logistics will be discussed.

IT IS FURTHER ORDERED, that all pretrial motions shall be filed on or before April 4, 2011.

IT IS FURTHER ORDERED, that the period of time between the filing date of the motion to dismiss (docket no. 32) and the resolution of the motion within a prompt time is

**Order - 2**

excludable time under 18 U.S.C. § 3161(h)(1)(D).

IT IS FURTHER ORDERED, that (1) the Government shall file a response brief to the motion to dismiss (docket no. 32) on or before January 28, 2011; (2) the defendant shall file a reply brief on or before February 18, 2011; and (3) a hearing shall be held on the motion to dismiss on February 24, 2011, at 4:00 p.m. in the Federal Courthouse in Boise Idaho.

DATED: **December 30, 2010**



B. LYNN WINMILL
Chief Judge
United States District Court

**Order - 3**